UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE LYNNE LAWRENCE,<br><br>Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, INC.,<br><br>Defendants. | **CASE NO. CV F 13-2076 LJO JLT**<br><br>**ORDER AFTER SETTLEMENT**<br><br>**(Doc. 17.)** |

  Plaintiff's counsel notified this Court that settlement has been reached with defendant Trans Union, LLC.  Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiff and Trans Union, LLC, **no later than March 7, 2014**, to file appropriate papers to dismiss this action against Trans Union, LLC, or to show good cause why Trans Union, LLC has not been dismissed.

  Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court

1  deems appropriate.

IT IS SO ORDERED.

Dated:  **February 6, 2014**         /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE