1  Alan S. Petlak, (SBN 179362)
   petlaka@ballardspahr.com
2  Ethan Chernin, (SBN 273906)
   chernine@ballardspahr.com
3  BALLARD SPAHR LLP
   2029 Century Park East, Suite 800
4  Los Angeles, CA  90067-2909
   Telephone: 424.204.4400
5  Facsimile: 424.204.4350

6  Attorneys for Defendant Discover Financial
   Services, LLC

7

8                     UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  SHERIE LYNNE LAWRENCE,                    Case No. 13-cv-02076-LJO-JLT

12                         Plaintiff,         **ORDER GRANTING STIPULATION
                                              FOR AN EXTENSION OF TIME FOR
13          v.                                DEFENDANT DISCOVER FINANCIAL
                                              SERVICES, LLC., TO RESPOND TO
14  DISCOVER FINANCIAL SERVICES, LLC;         THE COMPLAINT**
    TRANS UNION, LLC; EQUIFAX
15  INFORMATION SERVICES, LLC;                **(DOC. 19)**
    EXPERIAN INFORMATION SOLUTIONS,
16  INC.; and DOES 1-10, inclusive,

17                         Defendants.

18

19

20

21

22

23

24

25

26

27

28

DMWEST #10553789 v3

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1    Pursuant to Local Rule 144(a), Plaintiff Sherie Lynne Lawrence ("Plaintiff") and

2 Defendant Discover Financial Services, LLC ("Discover") (collectively, the "Parties") hereby

3 STIPULATE and AGREE as follows:

4    1.    WHEREAS, pursuant to Local Rule 144(a), on January 15, 2014, the Parties

5 stipulated that Discover was to be given an extension of time of twenty-eight (28) days to respond

6 to Plaintiff's Complaint to and including February 14, 2014;

7    2.    WHEREAS, the Parties have reached agreement to settle this matter subject to

8 entering into a formal, written settlement agreement;

9    3.    WHEREAS, the Parties anticipate that the settlement will be consummated and this

10 action will be dismissed as to Discover within the next thirty days.

11    4.    Accordingly, the Parties STIPULATE and AGREE, subject to the approval of this

12 Court, to preserve the Parties resources, that Discover be granted an additional thirty (30) days

13 extension to respond to Plaintiff's Complaint to and including March 17, 2014 (the thirtieth day is

14 a Sunday).

15 DATED:  February 13, 2014                    G. Thomas Martin, III
                                               Price Law Group, APC
16

17                                             /s/ G. Thomas Martin, III_____
                                               G. Thomas Martin, III
18                                             Attorneys for Plaintiff Sherie Lynn Lawrence

19
   DATED:  February 13, 2014                    Alan S. Petlak
20                                             Ethan Chernin
                                               BALLARD SPAHR LLP
21

22                                             /s/ Alan S. Petlak
                                                    Alan S. Petlak
23
                                               Attorneys for Defendant Discover Financial
24                                             Services, LLC

25                                   **ORDER**

26    On February 5, 2014, the parties notified the Court that the matter had settled as between

27 Plaintiff and Trans Union, LLC only.  (Doc. 17) On February 6, 2014, the Court ordered that the

28 matter be dismissed as to Trans Union no later than March 7, 2014 or Plaintiff was ordered to

show good cause why this had not occurred. (Doc. 18)  Now before the Court is the stipulation

between Plaintiff and Discover Financial Services, LLC, detailing that the matter has settled in

concept as between these parties.  Therefore, the Court **ORDERS**:

       1.     **<u>No later than March 28, 2014</u>**, Plaintiff and Discover Financial Services, LLC

SHALL file appropriate papers to dismiss this action against Discover Financial Services, LLC, or

to show good cause why Discover Financial Services, LLC has not been dismissed;

       2.     The stipulation of the parties is **GRANTED** and Discover Financial Services, LLC

SHALL respond to the complaint no later than **March 31, 2014** in the event settlement is not

achieved.

**<u>Failure to comply with this order will be grounds for the imposition of sanctions on counsel</u>**

**<u>or the parties who contributed to violation of this order. See Local Rules 160 and 272.</u>**


IT IS SO ORDERED.

   Dated:   **<u>February 19, 2014</u>**         **<u>/s/ Jennifer L. Thurston</u>**
                                      UNITED STATES MAGISTRATE JUDGE

1

## <u>CERTIFICATE OF SERVICE</u>

2

     I hereby certify that on this 13th day of February, 2014, I electronically filed a true

3

and correct copy of the foregoing **STIPULATION FOR ADDITIONAL THIRTY DAY**

4

**EXTENSION OF TIME FOR DEFENDANT DISCOVER FINANCIAL SERVICES, LLC**

5

**TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER THEREON**

6

through the Court's CM/ECF system, which will send a notice of electronic filing to the

7

following:

8

9

| | |
|---|---|
| George Thomas Martin, III | tom@plglawfirm.com |
| Debra A. Miller, PHV | dmiller@schuckitlaw.com |
| Monica K. Katz-Lapides | mkl@tateandassociates-law.com |
| Thomas P. Quinn, Jr. | tquinn@nokesquinn.com |
| Rana Nader | rnader@jonesday.com |

10

11

12

13

14
                                                       Lorraine Bonvissuto

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DMWEST #10553789 v3

CERTIFICATE OF SERVICE