UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE LYNNE LAWRENCE, | CASE NO. CV F 13-2076 LJO JLT |
| Plaintiff, | **ORDER TO DISMISS CERTAIN DEFENDANT** (Doc. 21.) |
| vs. | |
| DISCOVER FINANCIAL SERVICES, LLC, et al., | |
| Defendants. | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this entire action and all claims against defendant DISCOVER FINANCIAL SERVICES, LLC only. The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated: **February 26, 2014**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28