Debra A. Miller, Esq.  (IN #27254-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*
*Designated Counsel for Service*


Monica Katz-Lapides, Esq. (CSB #267231)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  mkl@tateandassociates-law.com


*Local Counsel for Defendant Trans Union, LLC*


**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| SHERIE LYNNE LAWRENCE,<br>        Plaintiff,<br><br>    vs.<br><br>DISCOVER FINANCIAL SERVICES, LLC; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive;<br>        Defendants. | CASE NO. 1:13-cv-02076-LJO-JLT<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC, ONLY** |

Plaintiff Sherie Lynne Lawrence, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 1:13-CV-02076-LJO-JLT**

|    |                             |                                              |
|----|-----------------------------|----------------------------------------------|
| 1  |                             | Respectfully submitted,                      |

Date: February 28, 2014      /s/     G. Thomas Martin, III (w/consent)
                             G. Thomas Martin, III, Esq.
                             Price Law Group
                             15760 Ventura Boulevard, Suite 1100
                             Encino, CA  91436
                             Telephone:  818-907-2030
                             Fax:  818-205-2730
                             E-Mai:  tom@plglawfirm.com

                             *Counsel for Sherie Lynne Lawrence*

Date: February 28, 2014      /s/     Debra A. Miller
                             Debra A. Miller, Esq.  (IN #27254-49)
                                *(admitted Pro Hac Vice)*
                             Schuckit & Associates, P.C.
                             4545 Northwestern Drive
                             Zionsville, IN  46077
                             Telephone:  317-363-2400
                             Fax:  317-363-2257
                             E-Mail:  dmiller@schuckitlaw.com

                             *Lead Counsel for Defendant Trans Union, LLC*

                             Monica Katz-Lapides, Esq. (CSB #267231)
                             Tate & Associates
                             1321 8th Street, Suite 4
                             Berkeley, CA  94710
                             Telephone:  510-525-5100
                             Fax:  510-525-5130
                             E-Mail:  mkl@tateandassociates-law.com

                             *Local Counsel for Defendant Trans Union, LLC*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 1:13-CV-02076-LJO-JLT**

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Sherie Lynne Lawrence against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Sherie Lynne Lawrence and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.  The clerk is directed not to close this action.

IT IS SO ORDERED.

Dated:  **February 28, 2014**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE

Date:  _____         _____
                                         JUDGE, United States District Court,
                                         Eastern District of California

DISTRIBUTION TO:

| G. Thomas Martin, III, Esq. <br> tom@pglawfirm.com | Ethan W. Chernin, Esq. <br> chernine@ballardspahr.com |
|---|---|
| Rana Nader, Esq. <br> rnader@jonesday.com | Thomas P. Quinn, Jr., Esq. <br> tquinn@nokesquinn.com |
| Monica Katz-Lapides, Esq. <br> mkl@tateandassociates-law.com | Debra A. Miller, Esq. <br> dmiller@schuckitlaw.com |
| Alan Stanley Petlak, Esq. <br> petlaka@ballardspahr.com | |