# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE LYNNE LAWRENCE,<br><br>  Plaintiff,<br><br>  v.<br><br>DISCOVER FINANCIAL SERVICES, INC., et al.,<br><br>  Defendants. | Case No.: 1:13-cv-02076 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT AS TO EQUIFAX INFORMATION SERVICES, LLC ONLY |

On April 3, 2013, Plaintiff notified the Court that she has settled her case against Equifax Information Services, LLC. (Doc. 25). Pursuant to Local Rule 160, **IT IS HEREBY ORDERED**:

1. The parties **SHALL** file a stipulated request for dismissal no later than **May 2, 2014**. **Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order. See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated: **April 4, 2014**           /s/ Jennifer L. Thurston
                              UNITED STATES MAGISTRATE JUDGE