UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRIE LYNNE LAWRENCE,<br><br>    Plaintiff,<br><br>    v.<br><br>DISCOVER FINANCIAL SERVICES, INC., et al.,<br><br>    Defendants. | )<br>)  Case No.: 1:13-cv-02076 LJO JLT<br>)<br>)  ORDER TO COUNSEL FOR PLAINTIFF AND<br>)  EQUIFAX INFORMATION SERVICES, LLC, TO<br>)  SHOW CAUSE WHY SANCTIONS SHOULD<br>)  NOT BE IMPOSED FOR THEIR FAILURE TO<br>)  COMPLY WITH THE COURT'S ORDERS<br>)<br>) |

On April 3, 2013, Plaintiff notified the Court that she has settled her case against Equifax Information Services, LLC. (Doc. 25). The next day, the Court ordered that no later than May 2, 2014, the parties must file their stipulated request for dismissal of this defendant. (Doc. 26) That has not occurred.

The Local Rules, corresponding with Fed. R. Civ. P. 11, provide: "Failure of counsel or of a party to comply with . . . any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court." Local Rule 110. "District courts have inherent power to control their dockets," and in exercising that power, a court may impose sanctions including dismissal of an action. *Thompson v. Housing Authority of Los Angeles*, 782 F.2d 829, 831 (9th Cir. 1986). A court may dismiss an action with prejudice, based on a party's failure to prosecute an action or failure to obey a court order, or failure to comply with local rules. *See, e.g. Ferdik v. Bonzelet*, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (dismissal for failure to comply with an order);

*Malone v. U.S. Postal Service*, 833 F.2d 128, 130 (9th Cir. 1987) (dismissal for failure to comply with a court order); *Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986) (dismissal for failure to prosecute and to comply with local rules).

Accordingly, counsel for Plaintiff and Equifax Information Services, LLC are **ORDERED** to show cause within 14 days of the date of service of this Order why sanctions should not be imposed for their failure to comply with the Court's order.

IT IS SO ORDERED.

Dated:   **May 6, 2014**                              /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE