UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SHERIE LYNNE LAWRENCE,<br><br>    Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, LLC; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 1:13-cv-02076-LJO-JLT<br><br>**ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES, LLC, <u>ONLY</u>** |

Plaintiff Sherie Lynne Lawrence and Defendant Equifax Information Services, LLC, have stipulated to dismissal of all matters between them. Doc. 24. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), all claims of Plaintiff Sherie Lynne Lawrence against Equifax Information Services, LLC only are dismissed, with prejudice. Plaintiff Sherie Lynne Lawrence and Defendant Equifax Information Services, LLC shall each bear their own costs and attorneys' fees. The clerk is directed <u>not</u> to close this action.

IT IS SO ORDERED.

   Dated:   **May 20, 2014**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE