# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SHERIE LYNNE LAWRENCE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, LLC; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case No.: 1:13-cv-02076-LJO-JLT<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive** |

## ORDER

　　PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff SHERIE LYNNE LAWRENCE against Defendants EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive, are dismissed, with prejudice. Plaintiff SHERIE LYNNE LAWRENCE and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. shall each bear their own costs and attorneys' fees.

**SO ORDERED**
**Dated: June 17, 2014**

　　　　　　　　　　　　　　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**